IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO NAACP, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, *et al.*,<br><br>    Defendants | No. C 78-01445 WHA<br>No. C 94-02418 WHA<br><br>**ORDER CLOSING FILE** |
| BRIAN HO, by his parent and next friend, CARL HO, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, *et al.*,<br><br>    Defendants. | |

In light of the accompanying order denying the joint motion for extension of the consent decree, the Clerk is instructed to administratively **CLOSE THE FILE** for statistical purposes only. The Court retains jurisdiction only to enforce the consent decree until it expires on December 31, 2005.

**IT IS SO ORDERED.**

Dated: November 8, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE