IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO NAACP, *et al.*, | No. C 78-01445 WHA |
| Plaintiffs, | |
| v. | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, *et al.*, | **REQUEST TO COUNSEL** |
| Defendants / | |
| BRIAN HO, by his parent and next friend, CARL HO, *et al.*, | |
| Plaintiffs, | |
| v. | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, *et al.*, | |
| Defendants. / | |

The Court requests that Mr. Campos separately send to each student who spoke at the October 14 hearing (and their teacher) a copy of yesterday's order and a copy of this request. The Court wants each student who spoke to know it appreciated the points made and thanks each for doing so. It is not easy to stand before a large audience and make your case. Each student, the Court believes, is on course to make a strong contribution to our country.

**IT IS SO ORDERED.**

Dated: November 9, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE