IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO NAACP, *et al.*, | No. C 78-01445 WHA |
| Plaintiffs, | |
| v. | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, *et al.*, | **ORDER** |
| Defendants / | |
| BRIAN HO, by his parent and next friend, CARL HO, *et al.*, | |
| Plaintiffs, | |
| v. | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, *et al.*, | |
| Defendants. / | |

By **NOVEMBER 21, 2005**, counsel shall please submit a joint statement itemizing any steps needed to wind up this case. The Court would like to have all stipulations or applications for attorney's fees completely resolved by December 16, 2005. Please propose a schedule that will have everything resolved by December 31, 2005.

**IT IS SO ORDERED.**

Dated: November 10, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE