Anthony K. Lee (State Bar No. 156018)
Attorney at Law
580 California Street, 16th Floor
San Francisco, California 94104
Telephone:  (415) 439-4862
Facsimile:  (415) 439-4962

David I. Levine (State Bar No. 092236)
200 McAllister Street
San Francisco, California 94102
Telephone:  (415) 565-4677
Facsimile:  (415) 565-4865

Daniel C. Girard (State Bar No. 114826)
**GIRARD GIBBS & De BARTOLOMEO LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Attorneys for Plaintiff Class in <u>Ho</u>

[Other counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN FRANCISCO NAACP, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. C-78-1445-WHA |
| BRIAN HO, by his parent and next friend, CARL HO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Related Case No. C-94-2418-WHA<br><br>**STIPULATION, APPLICATION, AND [PROPOSED] ORDER GRANTING SUPPLEMENTAL AWARD OF ATTORNEYS' FEES TO <u>HO</u> PLAINTIFFS FOR PERIOD THROUGH NOVEMBER 30, 2005** |

1    Pursuant to the Order re Ho Plaintiffs' Supplemental Award of Attorneys' Fees Through
2  November 30, 2005, filed December 1, 2005, the Ho Plaintiffs; the San Francisco Unified School
3  District, Superintendent of the San Francisco Unified School District, and San Francisco Board of
4  Education ("Local Defendants"); and the State Superintendent of Public Instruction and State
5  Department of Education ("State Defendants") hereby stipulate, through their respective counsel:

6    1.   That the Local Defendants' counsel and State Defendants' counsel have reviewed
7  detailed records showing work done and time spent by the Ho Plaintiffs' counsel in the Ho case from
8  January 1, 2004 through November 30, 2005 ("Covered Period");

9    2.   That as prevailing parties in the Ho case, the Ho Plaintiffs are entitled to reasonable
10 attorneys' fees for work done during the Covered Period;

11   3.   That the Local Defendants' counsel and State Defendants' counsel are familiar with the
12 work performed by the Ho Plaintiffs' counsel during the Covered Period;

13   4.   That the Ho Plaintiffs' counsel, Local Defendants' counsel, and State Defendants'
14 counsel have discussed the amount requested by the Ho Plaintiffs for fees during the Covered Period
15 and have negotiated a reduction in the requested amount to $112,711.23;

16   5.   That $112,711.23 represents a fair and reasonable award for fees incurred by the Ho
17 Plaintiffs during the Covered Period, and that settlement of the fee request will spare the Court and the
18 parties the effort and expense of further litigation;

19   6.   That the Local Defendants shall pay 87.5 percent of the total amount ($98,622.33), and
20 the State Defendants shall pay 12.5 percent ($14,088.90), such amounts representing a fair and
21 reasonable allocation of responsibility between the Local Defendants and State Defendants for such
22 fees;

23   7.   That if approved, this stipulation represents a full and final settlement of the Ho
24 Plaintiffs' claim for fees incurred during the Covered Period, and that they will not seek payment of any
25 of those fees from the San Francisco NAACP.

26   WHEREFORE, the Ho Plaintiffs, State Defendants, and Local Defendants respectfully request
27 that pursuant to 42 U.S.C. § 1988, the Court approve this stipulation and application for a supplemental
28 award of attorneys' fees and costs to the Ho Plaintiffs and enter the proposed order below.

1  Dated:  December 15, 2005

                                                David I. Levine
                                                200 McAllister Street
                                                San Francisco, California 94102
                                                Telephone:  (415) 565-4677
                                                Facsimile:  (415) 565-4865

| Anthony K. Lee | Daniel C. Girard |
| --- | --- |
| Attorney at Law | **GIRARD GIBBS & De BARTOLOMEO LLP** |
| 580 California Street, 16th Floor | 601 California Street, Suite 1400 |
| San Francisco, California 94104 | San Francisco, California 94108 |
| Telephone:  (415) 439-4862 | Telephone:  (415) 981-4800 |
| Facsimile:  (415) 439-4962 | Facsimile:  (415) 981-4846 |

                                    Attorneys for Plaintiff Class in Ho

Dated:  December 15, 2005

                                                 David F. Campos (State Bar No. 194580)
                                               General Counsel
                                               San Francisco Unified School District
                                               555 Franklin Street, Third Floor
                                               San Francisco, California 94102
                                               Telephone:  (415) 241-6163
                                               Facsimile:  (415) 241-6371

                                               Maree F. Sneed
                                               **HOGAN & HARTSON L.L.P.**
                                               555 Thirteenth Street, NW
                                               Washington, DC 20004
                                               Telephone:  (202) 637-5600
                                               Facsimile:  (202) 637-5910

                                               Attorneys for San Francisco Unified School District,
                                               Superintendent of the San Francisco Unified School
                                               District, and San Francisco Board of Education

Dated:  December 15, 2005

                                               Robin B. Johansen (State Bar No. 079084)
                                               **REMCHO, JOHANSEN & PURCELL**
                                               P.O. Box 189
                                               201 Dolores Avenue
                                               San Leandro, California 94577
                                               Telephone:  (510) 346-6200
                                               Facsimile:  (510) 346-6201

                                               Attorneys for State Superintendent of Public Instruction
                                               and State Department of Education

STIP., APPLICATION & ORDER GRANTING SUPPL. AWARD OF ATTORNEYS' FEES TO HO PLAINTIFFS
Related Case Nos. C-78-1445-WHA, C-94-2418-WHA                                                  - 2 -
C:\Documents and Settings\vallinlk\Local Settings\Temporary Internet Files\OLK8F\FeeStipFor113005-No 2.doc

**[PROPOSED]**
**ORDER APPROVING STIPULATION AND APPLICATION FOR SUPPLEMENTAL AWARD OF ATTORNEYS' FEES AND COSTS TO HO PLAINTIFFS**

Good cause having been shown, and pursuant to 42 U.S.C. § 1988, the Court approves the foregoing stipulation and grants the foregoing application for an award of attorneys' fees and costs incurred by the Ho Plaintiffs from January 1, 2004 through November 30, 2005.

Therefore, it is hereby ordered that:

1. The Local Defendants and State Defendants shall pay the Ho Plaintiffs the total amount of $112,711.23 for attorneys' fees incurred from January 1, 2004 through November 30, 2005.

2. The Local Defendants shall pay 87.5 percent of the total amount ($98,622.33), and the State Defendants shall pay 12.5 percent ($14,088.90), such amounts representing a fair and reasonable allocation of responsibility between the Local Defendants and State Defendants for such fees.

3. All payments shall be made to Girard, Gibbs & DeBartolomeo, LLP, who shall distribute the fees to Ho Plaintiffs' counsel.

5. With respect to the SFUSD, the SFUSD shall make its payments to Ho Plaintiffs' counsel on the following schedule:

   a. By January 31, 2006, SFUSD shall pay $24,656.00.

   b. On or before July 1, 2006, SFUSD shall pay $73,966.00.

6. The Court shall retain jurisdiction for the limited purpose of insuring compliance with this stipulation and these orders for payment of attorneys' fees and costs.

IT IS HEREBY FURTHER ORDERED that the amounts herein ordered to be paid by the SFUSD, its Board of Education and its Superintendent shall be deemed to be "court mandated costs" within the meaning of former California Education Code Sections 42243.6 and 42249, and any other applicable provision of California law, and the San Francisco Unified School District shall be entitled to submit its claim for reimbursement immediately and be reimbursed forthwith.

DATED: December 16, 2005

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE