THOMAS I. ATKINS
135 Eastern Parkway, Suite 11-B-1
Brooklyn, New York  11238
Telephone:  718.638.4153

PETER GRAHAM COHN (SBN 76085)
315 Keokuk Street
Petaluma, California  94952
Telephone:  707.778.6945

JAMES L. HUNT (SBN 40866)
MARGARET A. McLETCHIE (SBN 223240)
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111
Telephone:  415.393.2000

ROBERT RUBIN (SBN 85084)
DIANA C. TATE (SBN 232264)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, California  94105
Telephone: 415.543.9444

Attorneys for SFNAACP Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO NAACP, *et al.*,<br><br>    Plaintiffs,<br>      v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, *et al.*,<br><br>    Defendants. | Case No.       C-78-1445 WHA<br>Related Case No. C-94-2418 WHA<br><br>**STIPULATED SETTLEMENT AND ORDERS RE:  SFNAACP PLAINTIFFS' SUPPLEMENTARY ATTORNEY FEE AND COST MOTION AND AWARD** |
| BRIAN HO, by his parent and next friend, CARL HO, *et al.*,<br><br>    Plaintiffs,<br>      v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, *et al.*,<br><br>    Defendants. | |

STIPULATED SETTLEMENT AND ORDERS RE:  SFNAACP PLAINTIFFS' SUPPLEMENTARY ATTORNEY FEE AND COST MOTION AND AWARD  —  Case No. C-78-1445 WHA & Related Case No. C-94-2418 WHA

SF/21648373.1

**Additional Counsel**

MAREE F. SNEED
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600

DAVID CAMPOS, GENERAL COUNSEL
SFUSD
555 Franklin Street
San Francisco, CA 94102
(415) 241-6054

Attorneys for SFUSD Defendants


ROBIN B. JOHANSEN, ESQ.
THOMAS A. WILLIS, ESQ.
REMCHO, JOHANSEN & PURCELL
201 Dolores Avenue
San Leandro, CA 94577
(510) 346-6200


Attorneys for State Defendants,
Jack O'Connell, Superintendent of
Public Instruction and California
Department of Education

STIPULATED SETTLEMENT AND ORDERS RE:  SFNAACP PLAINTIFFS' SUPPLEMENTARY ATTORNEY FEE AND COST MOTION AND AWARD  —  Case No. C-78-1445 WHA & Related Case No. C-94-2418 WHA

2

SF/21648373.1

**PURSUANT TO THE PROVISIONS OF 42 U.S.C. §1988, THE CIVIL RIGHTS ATTORNEYS FEE AWARD ACT, THE SFNAACP PLAINTIFFS, THE SAN FRANCISCO UNIFIED SCHOOL DISTRICT DEFENDANTS AND THE STATE DEFENDANTS, BY AND THROUGH THEIR ATTORNEYS, DO HEREBY STIPULATE AND AGREE TO THE FOLLOWING FACTS AND THE ENTRY BY THE COURT OF THE BELOW ORDERS WITH RESPECT TO THE NOVEMBER 29, 2005, FEE AND COST MOTION AND APPLICATION OF THE SFNAACP COUNSEL:**

1. On November 29, 2005, the SFNAACP counsel filed with the Court and served the SFUSD and State Defendants a motion and application for supplementary attorney fees and costs containing declarations and detailed time and cost records showing work done, time spent and costs expended by the SFNAACP Plaintiffs' counsel to further implement, enforce and monitor the remedial phase of the school desegregation Consent Decree litigation in the above entitled case from November 1, 2001 through November 21, 2005 (the "Covered Period").

2. The SFNAACP Plaintiffs were the prevailing parties in the <u>SFNAACP v. SFUSD</u> case which resulted in the entry of a comprehensive school desegregation Consent Decree in 1983. The Consent Decree was subsequently amended in 1993, 1999 and 2001. Plaintiffs met their 42 U.S.C. Section 1988 prevailing party standard with the entry of the original Consent Decree. As prevailing parties, the SFNAACP plaintiffs are entitled to reasonable attorney fees and costs for monitoring the Consent Decree.

3. The SFNAACP plaintiffs originally requested $1,124,193.94 for the fees and costs expended during the Covered Period.

4. Counsel for the State and Local Defendants, who are familiar with the course of the litigation in this matter, have reviewed the fee and cost records regarding the work performed and costs expended. The SFNAACP plaintiffs' counsel and the State and Local Defendants' counsel have met and conferred extensively since the submission and have agreed to a settlement of the request in the amount of $700,000.00.

///

STIPULATED SETTLEMENT AND ORDERS RE: SFNAACP PLAINTIFFS' SUPPLEMENTARY ATTORNEY FEE AND COST MOTION AND AWARD — Case No. C-78-1445 WHA & Related Case No. C-94-2418 WHA
3

SF/21648373.1

5. The settlement of this fee and cost request will spare the Court and the parties the effort and expense of further litigation.

6. The Local Defendants agreed to pay 87-1/2% of the total amount ($612,500.00) and the State defendants agreed to pay 12-1/2% ($87,500.00), such amounts representing a fair and reasonable allocation of responsibility between the Local Defendants and State Defendants for such fees and costs.

7. If approved, this stipulation represents a full and final settlement of the SFNAACP Plaintiffs' claim for fees and costs during the Covered Period.

**STIPULATED ORDERS RE: SFNAACP PLAINTIFFS' SUPPLEMENTARY MOTION AND AWARD OF ATTORNEY FEES AND COSTS**

**GOOD CAUSE HAVING BEEN SHOWN**, and pursuant to 42 U.S.C. Section 1988, the parties through their undersigned counsel stipulate to the Court issuing orders granting the foregoing motion, application and stipulation for an award of attorney fees and costs incurred by the SFNAACP Plaintiffs' counsel for the period from November 1, 2001 through November 21, 2005.

**IT IS HEREBY ORDERED** that:

1. The State and Local Defendants shall pay to the SFNAACP Plaintiffs the total amount of $700,000.00 for necessary attorney fees and costs expended by Plaintiffs' counsel during the Covered Period.

2. The San Francisco Unified School District, its Board and its Superintendent shall pay 87-1/2% of the total amount ($612,500.00) with the remaining 12-1/2% ($87,500.00) being paid by the California State Department of Education and the State Superintendent of Public Instruction, such amounts representing a fair and reasonable allocation of responsibility between the Local Defendants and State Defendants for such fees and costs;

3. Both payments shall be made to Peter Graham Cohn, Attorney for the SFNAACP Plaintiffs herein, and shall be distributed by him to SFNAACP Plaintiffs' counsel.

4. With respect to the SFUSD, the SFUSD shall make its payment to SFNAACP Plaintiffs' counsel on the following schedule:

STIPULATED SETTLEMENT AND ORDERS RE: SFNAACP PLAINTIFFS' SUPPLEMENTARY ATTORNEY FEE AND COST MOTION AND AWARD — Case No. C-78-1445 WHA & Related Case No. C-94-2418 WHA
4

SF/21648373.1

a. By January 31, 2006, SFUSD shall pay $153,125.00.

b. On or before July 1, 2006, SFUSD shall pay $459,375.00.

5. The court shall retain jurisdiction for the limited purpose of insuring compliance with this stipulation and these orders for payment of attorneys' fees and costs.

**IT IS HEREBY FURTHER ORDERED** that the amounts herein ordered to be paid by the SFUSD, its Board of Education and its Superintendent shall be deemed to be "court mandated costs" within the meaning of former California Education Code Sections 42243.6 and 42249, and any other applicable provision of California law, and the San Francisco Unified School District shall be entitled to submit its claim for reimbursement immediately and be reimbursed forthwith.

Dated: December 15, 2005


THOMAS I. ATKINS
PETER GRAHAM COHN
JAMES L. HUNT
MARGARET A. McLETCHIE
ROBERT RUBIN
DIANA TATE

Attorneys for SFNAACP Plaintiffs

MAREE F. SNEED
HOGAN & HARTSON

DAVID CAMPOS, General Counsel
SFUSD

Attorneys for San Francisco Unified School District Defendants


ROBIN B. JOHANSEN
THOMAS A. WILLIS
REMCHO, JOHANSEN & PURCELL

Attorneys for State Defendants Jack O'Connell, Superintendent of Public Instruction, and California Department of Education


IT IS SO ORDERED.

DATED: December 16, 2005

IT IS SO ORDERED
Judge William Alsup

THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

STIPULATED SETTLEMENT AND ORDERS RE: SFNAACP PLAINTIFFS' SUPPLEMENTARY ATTORNEY FEE AND COST MOTION AND AWARD — Case No. C-78-1445 WHA & Related Case No. C-94-2418 WHA
5

SF/21648373.1

# PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067.  I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.  Today I served the attached document[s]:

**STIPULATED SETTLEMENT AND ORDERS RE:  SFNAACP PLAINTIFFS' SUPPLEMENTARY ATTORNEY FEE AND COST MOTION AND AWARD**

by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

| | |
|---|---|
| DANIEL GIRARD<br>Girard Gibbs & De Bartolomeo<br>601 California Street, #1400<br>San Francisco, CA  94108 | PATRICK J. MANSHARDT<br>Southwest Legal Foundation<br>601 W. Fifth Street, 8th Floor<br>Los Angeles, CA  90071 |
| ROBIN B. JOHANSEN<br>THOMAS A. WILLIS<br>Remcho, Johansen & Purcell<br>201 Dolores Avenue<br>San Leandro, CA  94577 | DAVID F. CAMPOS<br>General Counsel<br>555 Franklin Street, Third Floor<br>San Francisco, CA  94102 |
| THOMAS I. ATKINS<br>135 Eastern Parkway, Suite 11-B-1<br>Brooklyn, New York  11238 | PETER GRAHAM COHN<br>315 Keokuk Street<br>Petaluma, California  94952 |
| JAMES L. HUNT<br>MARGARET  A. McLETCHIE<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, California  94111 | ROBERT RUBIN<br>DIANA C. TATE<br>Lawyers' Committee for Civil Rights of the<br>  San Francisco Bay Area<br>131 Steuart Street, Suite 400<br>San Francisco, California  94105 |
| DAVID I. LEVINE<br>Hastings College of the Law<br>200 McAllister Street<br>San Francisco, CA  94102 | ANTHONY K. LEE<br>Attorney at Law<br>580 California Street, 16th Floor<br>San Francisco, CA  94104 |
| JOHN W. BORKOWSKI<br>Hogan & Hartson, L.L.P.<br>546 Carondelet Street<br>New Orleans, LA  70130 | MAREE F. SNEED<br>Hogan & Hartson L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC  20004-1109 |

| | |
|---|---|
| THOMAS J. KLITGAARD<br>SPECIAL MASTER<br>Dillingham & Murphy, LLP<br>225 Bush Street, 6th Floor<br>San Francisco, CA  94104 | PROFESSOR STUART BIEGEL<br>UCLA-Graduate School of Education<br> and Information Studies<br>405 Hillgard<br>Los Angeles, CA  90025 |
| J. DAVID RAMIREZ, Dean<br>School of Education<br>Long Island University<br>1 University Avenue<br>Pratt Building, Room 215<br>Brooklyn, NY  11021-5327 | DR. GARY ORFIELD<br>Harvard Graduate School of Education<br>6 Appian Way<br>Gutman Library, Room 442<br>Cambridge, MA  02138 |
| LAUREEN CHEW<br>439 45th Avenue<br>San Francisco, CA  94121 | HOOVER LIDDELL<br>20 Havelock<br>San Francisco, CA  94112 |
| GWEN STEPHENS<br>780 Casmalia Way<br>Sacramento, CA  95864 | DR. ROBERT L. GREEN<br>4450 Copper Hill Drive<br>Okemos, MI  48864 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 15, 2005.

_____
LINDA K. VALLIN

---

PROOF OF SERVICE
Case No. C-78-1445 WHA & Related Case No. C-94-2418 WHA
2

SF/21648373.1